KATHLEEN A. LEAVITT  
CHAPTER 13 STANDING TRUSTEE  
201 Las Vegas Blvd South  
Suite 200  
Las Vegas, NV 89101  
(702) 853-0700

E-FILED:07/14/2010

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEVADA

IN RE:  
JOSEPH J SICOLI

CASE NO: BKS-10-13431-LBR

CHAPTER 13

Hearing Date: August 26, 2010  
Hearing Time: 1:30 pm

HAINES & KRIEGER L.L.C.  
Attorney for the Debtor

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN 3 - SUPPLEMENTAL OPPOSITION COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL**

The Trustee herein, Kathleen A. Leavitt, hereby objects to confirmation of Plan and hereby represents the following:

The Debtor(s) filed for Chapter 13 relief on 03/03/2010. The 341(a) Meeting of Creditors held on April 13, 2010 at 9:30 am was:

- Concluded

The Trustee objects to confirmation of the Chapter 13 Plan for the following reason (s):

- Debtor(s) are delinquent in Plan payments

THEREFORE, the Trustee objects to confirmation for the foregoing reasons and recommends that this case be dismissed and that the Trustee be allowed administrative expenses in the amount of $300.00.

Dated: 07/14/2010

/s/Kathleen A. Leavitt  
Kathleen A. Leavitt  
Chapter 13 Trustee